## Indiana Securities Division

### Database Search

### *** Collection Agency Information ***

| | |
|---|---|
| NAME | H&P Capital, Inc |
| REGISTRATION NUMBER | 09-0074 CA |
| REGISTRATION TYPE | Collection Agency |
| EFFECTIVE DATE | 04/23/2009 |
| EXPIRATION DATE | 12/31/2013 |
| ADDRESS | 7960 Baymeadows Way, Suite 300 Jacksonville, FL   32256 |
| CORRESPONDENT | Tammy Williams |

If the Registration Number field begins with ELB (example - ELB-000001), it means the loan broker has notified the Secretary of State that it is claiming an exemption from the licensing requirements of the Loan Broker Act. The Securities Division has not independently verified the validity of the exemption claim. Exemptions do not have an expiration date. The Securities Division has jurisdiction to investigate exempt loan brokers for non-licensing violations of the Loan Broker Act and Regulations. Loan brokers are not required to notify the Securities Division of exemption claims, and it is possible for a loan broker not listed in the database to be exempt from the licensing requirement of the Loan Broker Act.

This database lists the loan broker business and its principal address. You can also list the originators for this loan broker. If you would like to verify an address other than the principal place of business or did not find the company you are looking for please call the Securities Division for further assistance at (800) 223-8791.

[ New Search ]

« Back to the SOS Web site



PLAINTIFF'S EXHIBIT A

http://www.in.gov/apps/sos/securities/sos_securities?bdkey=92559        2/28/2012