UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## **AFFIDAVIT OF PLAINTIFF**

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.

2. I have personal knowledge of the matters contained in this affidavit.

3. I am a consumer.

4. I incurred a debt primarily for personal, family, or household purposes.

5. Upon information and belief, the Defendant is a debt collection agency.

6. The Defendant attempted to collect a debt from me.

7. I have received a several telephone calls from the Defendant in attempts to collect a debt.

8. During some of the telephone calls I identified John Steinkamp as my attorney for this debt and a personal bankrutpcy.

9. Defendant continued to contact me in an attempt to collect a debt.

I affirm under penalty of perjury that the foregoing representations are true and correct.

_____
Dionna Lynn

