UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DIONNA LYNN,

    Plaintiff,

    v.        Case No. 1:12-cv-416-SEB-DKL

H&P CAPITAL, INC.,

    Defendant.

## DEFENDANT'S MOTION FOR SANCTIONS

Defendant H&P Capital, Inc., ("H&P"), by counsel, moves this Court to enter sanctions under Fed. R. Civ. P. 11, and in support of its Motion For Sanctions states Plaintiff has violated Fed. R. Civ. P. 11(b) as a result of the following specific conduct:

1.    Fed. R. Civ. P. 11 requires that an attorney conduct a reasonable investigation of the factual bases underlying his client's claims before filing those claims. <u>Chaplin v. Dupont Advance Fiber Systems</u>, 303 F. Supp. 2d 766 (E.D. Va. 2004).

2.    Fed. R. Civ. P. 11 requires an attorney who signs a complaint to certify that it is not interposed for improper purposes, and to further certify that there is a reasonable basis in law and fact for the claim. The Rule is intended to discourage claims that are without factual foundation, even though the complaint may not have been filed in subjective bad faith. <u>Carlino v. Gloucester City High School</u>, 57 F. Supp 2d 1 (D.N.J. 1999).

3.    H&P provided to Plaintiff documentation that Plaintiff's claims are not warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law.

4. The Complaint filed in this matter is wholly without factual foundation, and even has the wrong plaintiff, so H&P demanded that Plaintiff withdraw the foregoing matters on October 17, 2012, but Plaintiff refused to do so.

5. Accordingly, H&P requests that this Court award it the reasonable expenses and attorneys' fees incurred in presenting this Motion and the reasonable attorneys' fees and other expenses incurred as a direct result of the foregoing violations.

WHEREFORE, the Defendant prays that the Court impose sanctions against Plaintiff and her counsel, due to their unreasonable filing of the Complaint which is factually baseless, and for all other relief proper in the premises.

Date: 11/9/12

Respectfully submitted,

*/s/Julie A. Camden, #26789-49*
Julie A. Camden
Camden & Meridew, P.C.
9200 Keystone Xing., Ste. 150
Indianapolis, IN  46240
Telephone:  (317) 770-0000
Fax:  (888) 339-9611
E-Mail:  jc@camlawyers.com
*Counsel for H&P*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 9th day of November, 2012.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

John Steinkamp

*/s/Julie A. Camden, #26789-49*
Julie A. Camden
Camden & Meridew, P.C.
9200 Keystone Xing., Ste. 150
Indianapolis, IN  46240
Telephone:  (317) 770-0000
Fax:  (888) 339-9611
E-Mail:  jc@camlawyers.com
*Counsel for H&P*