Acknowledged.
Date: 08/21/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Dionna Lynn,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:12-cv-416-SEB-DKL |
| | ) |
| **H&P Capital, Inc.,** | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Dionna Lynn, by counsel, and H&P Capital, Inc., by counsel, stipulates and moves this Court to dismiss any and all claims within this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Julie A. Camden
Julie A. Camden
Camden & Meridew, P.C.
9200 Keystone Crsossing, Suite 150
Indianapolis, IN 46240
Office: (317) 770-0000

/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5218 S. East St., Ste. E1
Indianapolis, IN 46227
Office: (317) 780-8300

Copies to:

Electronically registered counsel of record